**David Kent FITCH, Petitioner—Appellant,**

v.

**Mary M. MITCHELL, Warden, Respondent—Appellee.**

No. 10–7162.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 18, 2010.

Decided: Dec. 2, 2010.

David Kent Fitch, Appellant Pro Se.

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Kent Fitch, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fitch v. Mitchell,* No. 9:10–cv–00952–HFF, 2010 WL 2696723 (D.S.C. July 7, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before the court and argument would not aid the decisional process.

*AFFIRMED.*